UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIO REGALADO,<br><br>    Petitioner,<br><br>    v.<br><br>FIELD OFFICER DIRECTGOR ENFORCEMENT, et al.,<br><br>    Respondent. | NO. SACV 15-1417-MWF (AGR)<br><br>ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE |

    Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, the other records on file herein, and the Report and Recommendation of the United States Magistrate Judge. Petitioner has not filed any Objections to the Report. The Court accepts the findings and recommendation of the Magistrate Judge.

    The Court further notes that the Postal Service has returned as undeliverable the Report and Recommendation, Notice of Report and Recommendation and a Notice to the Parties. (Dkt. Nos. 19-21.) According to the returned mail, Petitioner is no longer at the address listed on the docket. "A party proceeding *pro se* shall keep the Court and opposing parties apprised of such party's current address and telephone number, if any, and e-mail address, if

1 any. If mail directed by the Clerk to a *pro se* plaintiff's address of record is
2 returned undelivered by the Postal Service, and if, within fifteen (15) days of the
3 service date, such plaintiff fails to notify, in writing, the Court and opposing parties
4 of said plaintiff's current address, the Court may dismiss the action with or without
5 prejudice for want of prosecution." Local Rule 41-6. Plaintiff has failed to keep
6 the Court informed of his current address as required by local rules.
7     IT IS ORDERED that judgment be entered denying the Petition and
8 dismissing this action with prejudice.

10 DATED: March 9, 2017

                            MICHAEL W. FITZGERALD
                            United States District Judge