UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIO REGALADO, <br>     Petitioner, <br> v. <br> FIELD OFFICER DIRECTOR ENFORCEMENT, et al., <br>     Respondent. | NO. SACV 15-1417-MWF (AGR) <br><br> JUDGMENT |

Pursuant to the Order Accepting Findings and Recommendation of United States Magistrate Judge,

IT IS ADJUDGED that the Petition in this matter is denied and dismissed with prejudice.

DATED: March 9, 2017

                                          MICHAEL W. FITZGERALD <br>
                                          United States District Judge